# *NAYDENSKIY LAW GROUP, P.C.*

*517 Brighton Beach Ave, 2nd Fl, Brooklyn NY 11235, Naydenskiylaw@gmail.com, (718) 808-2224*

**VIA ECF**

January 10, 2018

**Honorable Judge Paul G. Gardephe**
**United States District Court**
**Southern District of New York**
**40 Foley Square**
**New York, NY, 10007**

**Re: *Williams v. Sonin* 17-cv-3141 (PGG)**

**Dear Honorable Judge Gardephe:**

We represent the Plaintiff in this wage and hour action brought pursuant to 29 U.S.C. §206. Plaintiff's counsel opposes Defendants' request to move to dismiss the Complaint.

Defendants' letter request for a pre-motion conference to dismiss, based on the faulty argument that Plaintiff's claims are not subject to the FLSA, ignores 29 CFR 552.99. Wherein, 29 CFR 552.99 specifically states that "Congress in section 2(a) of the Act specifically found that the employment of persons in domestic service in households affects commerce.". Thus, Plaintiff has correctly pled her FLSA claims.

Therefore, for the reasons stated herein, Plaintiff respectfully requests Your Honor deny Defendant's request to file a motion to dismiss.

We thank the Court for its attention to this matter.

NAYDENSKIY LAW GROUP, P.C.

_____s/_____
Gennadiy Naydenskiy (GN5601)
517 Brighton Beach Ave, 2nd Fl.
Brooklyn, NY 11235

(718) 808-2224
naydenskiylaw@gmail.com
*Attorney for Plaintiff.*